IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| EDMOND HORMIZI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CIV-22-004-SLP |
| ) | |
| UNITED STATES OF AMERICA, et al., ) | |
| ) | |
| Defendant. ) | |

**O R D E R**

Before the Court is the Report and Recommendation [Doc. No. 18] of United States Magistrate Judge Suzanne Mitchell entered May 16, 2022. No objection to the Report and Recommendation has been filed nor has an extension of time in which to object been sought or granted. Therefore, the Court finds that Plaintiff has waived further review of all issues addressed in the Report and Recommendation. *See Moore v. United* States, 950 F.2d 656, 659 (10th Cir. 1991); *see also United States v. 2121 E. 30th St.*, 73 F.3d 1057, 1060 (10th Cir. 1996).

Accordingly, the Report and Recommendation of the Magistrate Judge is ADOPTED and this matter is DISMISSED WITHOUT PREJUDICE. A separate judgment of dismissal will be entered contemporaneously with this Order.

IT IS SO ORDERED this 13th day of June, 2022.

SCOTT L. PALK
UNITED STATES DISTRICT JUDGE